HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
HECTOR PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HECTOR PACHECO,<br><br>　　　　　Defendants. | NO. 1:16-cr-00085 DAD-BAM<br><br>STIPULATION AND ORDER TO VACATE SPECIAL SET STATUS CONFERENCE HEARING<br><br>DATE:　August 17, 2016<br>TIME:　12:30 p.m.<br>JUDGE:　Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Kimberly A. Sanchez, Counsel for Plaintiff, and Charles J. Lee, Counsel for Defendant Hector Pacheco, that the special set status conference in the above-captioned matter now set for August 17, 2016, **may be vacated.**

This status conference was scheduled to address Mr. Pacheco's Pretrial/WestCare progress. Unfortunately, Mr. Pacheco has already adjudicated a Pretrial Violation and is now in custody, rendering this special set status conference moot. He already has a regular status conference scheduled for September 12, 2016.

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: August 16, 2016 | By: /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: August 16, 2016 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Hector Pacheco |

# O R D E R

IT IS SO ORDERED that the special set status conference on August 17, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated:   **August 16, 2016**                         /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE