HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Hector Pacheco

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:16-cr-00085 DAD-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| HECTOR PACHECO, | ) | DATE:  November 7, 2016<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for October 11, 2016, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, be continued until November 7, 2016, at 10:00 a.m., before the Honorable Dale A. Drozd.

The parties have spoken a number of times regarding resolution of the case.  The parties believe they are close to reaching a final resolution and anticipate entering a change of plea on the requested date.  The parties need additional time to finalize the details of the plea agreement, have it reviewed and signed by client, and filed with the court.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time

set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                  Respectfully submitted,

                                                  PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 4, 2016        By:    /s/ *Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 4, 2016        By:    /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
HECTOR PACHECO

# O R D E R

**IT IS SO ORDERED THAT** the 2nd Status Conference on October 11, 2016 before Judge McAuliffe is Vacated AND a Change of Plea hearing is set on November 7, 2016 at 10:00 AM before Judge Drozd in courtroom 5.  Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **October 4, 2016**                  /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE