HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
HECTOR PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:16-cr-00085-DAD-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| vs. | ) ) | DATE:   October 24, 2016 |
| HECTOR PACHECO, | ) ) | TIME:    10:00 a.m. JUDGE: Hon. Dale A. Drozd |
| Defendant. | ) ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for November 7, 2016 may be advanced to October 24, 2016 at 10:00 a.m., before the Honorable Dale A. Drozd.

   This advancement of the court date is at the request of the defense as the parties have reached a resolution of the case and Mr. Pacheco would like to enter his change of plea. Additionally, Mr. Pacheco has tentatively been accepted to the Delancey Street Los Angeles Program and defense counsel has made transportation arraignments for Thursday, October 27, 2016.

/ / /

/ / /

```
                                        Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        Acting United States Attorney


DATED: October 20, 2016        By:      /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: October 20, 2016        By:      /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        HECTOR PACHECO
```

**O R D E R**

The status conference as to Hector Pacheco previously set for November 7, 2016, is advanced to October 24, 2016, at 10:00 a.m. in Courtroom 5 before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **October 20, 2016**

UNITED STATES DISTRICT JUDGE